# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SYNCHRONY BANK,<br><br>　　　　　Defendant. | Old Case Number: 1:16-cv-01241 AWI JLT<br>New Case Number: 1:16-cv-01241 JLT<br><br><br>ORDER REASSIGNING CASE |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1).  (Docs. 7, 6)   In light of the parties' consents, the Court will reassign this matter.

Accordingly, IT IS HEREBY ORDERED the Court **ORDERS**:

1. This Case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all future proceedings:

2. The Case is RENUMBERED as 1:16-cv-01241 JLT, and the parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated:   September 13, 2016 　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR   DISTRICT   JUDGE